UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-CR-102-T-24-TBM

JOSEPH BOSTIC

_____/

**ORDER**

This cause comes before the Court on violations of supervised release. Defendant Bostic was sentenced on February 14, 1991 for a Savings and Loan Association robbery. He received a sentence of two hundred ten months imprisonment followed by three years of supervised release.

On June 21, 2006, the probation officer filed an amended petition with the Court[1] stating that Defendant Bostic had violated his supervised release by: (1) submitting a urine sample positive for cocaine on February 22, 2006, a violation of condition 7 of the standard conditions of supervised release; (2) submitting a urine sample positive for cocaine on April 20, 2006, a violation of condition 7 of the standard conditions of supervised release; (3) committing new criminal conduct on May 6, 2006,[2] possessing cocaine; and (4) failing to following the instructions of the probation officer on June 2, 2006, refusing to provide a urine sample, a

---

[1] On March 31, 2006, this Court accepted a transfer of jurisdiction over Defendant Bostic's supervised release from the United States District Court for the District of Nevada. (Doc. No. 2).

[2] The probation officer's amended petition states that Defendant Bostic committed this new criminal conduct on May 7, 2006. During the hearing, the Court was informed the correct date is May 6, 2006.

violation of condition 3 of the standard conditions of supervised release. (Doc. No. 11).

On July 6, 2006, the Court conducted a hearing. At the hearing, Defendant Bostic admitted to submitting urine samples positive for cocaine on February 22, 2006 and April 20, 2006. Defendant Bostic also admitted to possessing cocaine residue on May 6, 2006. Defendant Bostic denied refusing to provide a urine sample.

Accordingly, the Court finds that Defendant Bostic violated the terms and conditions of his supervised release by: (1) testing positive for cocaine on February 22, 2006 and April 20, 2006, and (2) committing new criminal conduct while on supervision, possessing cocaine. It is, therefore, **ORDERED AND ADJUDGED** that Defendant Bostic's supervised release is **REVOKED**. He is remanded to the custody of the Marshal, and he is sentenced to a term of **ONE YEAR and ONE DAY** in the Bureau of Prisons. The Court recommends that Defendant Bostic spend a portion of his sentence in a halfway house where he can receive drug treatment. This Court has no objection to any sentence imposed in Defendant Bostic's state court case on the charge of possession of cocaine to run concurrent with the sentence imposed by this Court. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

**DONE AND ORDERED** at Tampa, Florida this 6th day of July, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Counsel and Parties
U.S. Marshal Service
U.S. Probation Office